UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CAPSTONE CAPITAL GROUP, LLC, and
CAPSTONE CREDIT, LLC,

                    Plaintiffs,

            -against-

DANIEL J. HAHN, FRANCISCO
JANITZIO MORALES, MARTIN PINA,
PRIDE OLEO MEXICANA, S.A. DE C.V.,
and PRIDE OIL AMERICANA LLC,

                    Defendants.

**ORDER**

21 Civ. 1636 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        The Court will conduct a telephone conference in this matter on **Thursday, May 13, 2021 at 10:45 a.m.**[1]

        The purpose of the conference is to discuss F. Andino Reynal's motion to withdraw as counsel for Defendants Francisco Janitzio Morales, Martin Piña, and Pride Oleo Mexicana, S.A. de C.V. (See Dkt. No. 14)

        Plaintiffs' counsel need not appear on the May 13, 2021 call. Individual defendants Francisco Janitzio Morales and Martin Piña, a representative for corporate defendant Pride Oleo Mexicana, S.A. de C.V., and Mr. Reynal must be on the call.

        Mr. Reynal is directed to provide a copy of this Order to Defendants Francisco Janitzio Morales, Martin Piña, and Pride Oleo Mexicana, S.A. de C.V. by overnight mail.

Dated: New York, New York
        May 8, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge

---

[1] Mr. Reynal and Defendants Francisco Janitzio Morales, Martin Piña, and Pride Oleo Mexicana, S.A. de C.V. are directed to dial 888-363-4749 to participate, and to enter the access code 6212642. The Court is holding multiple telephone conferences on May 13, 2021, and the parties should call in at the scheduled time and wait on the line for this case to be called. At that time, the Court will un-mute their lines. **By May 11, 2021**, Mr. Reynal must email Michael_Ruocco@nysd.uscourts.gov and GardepheNYSDChambers@nysd.uscourts.gov with the phone numbers that the required parties will be using to dial into the conference so that the Court knows which numbers to un-mute. The email should include the case name and case number in the subject line.