# FERTITTA & REYNAL L.L.P.

May 13, 2021

Hon. Paul Gardephe

United States Courthouse

40 Foley Square

New York, NY 10007

**Re: Capstone Credit, et al. v. Daniel Hahn, et. al., Civil Action 21-1636.**

Dear Judge Gardephe,

Per the Court's instructions, defendants Martin Piña, Francisco Morales, and Pride Oleo Mexicana, S.A. de C.V.'s contact information is as follows:

Martin Piña.

1589 Piedmont Street,

Chula Vista, CA 91913

Tel. (760) 912-1359

Whattsapp: (760) 912-1359

Email: pinamartine@prideoleomexicana.com

Francisco Morales

11624 Laurel Oak Rd.

Victoriaville, CA 92392

Tel.: 55 22722128

Whattsapp: 55 22722128

Email: fj.morales@prideoleomexicana.com

Pride Oleo Mexicana, S.A. de C.V.

Av. Paseo de la Reforma 222 Torre 2A St. 10 MN,

Mexico, Mexico City, 06600

Pride Oleo Mexicana can be reached through its officers and directors, Mr. Piña and Mr. Morales.

Should the Court require any assistance contacting Defendants, I am available to assist in any way I can. I apologize for having occupied the Court with this attorney client matter.

Sincerely yours,

F. Andino Reynal