USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/2/2021

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X

CAPSTONE CAPITAL GROUP, LLC and
CAPSTONE CREDIT, LLC,

                             Plaintiffs,                      21-CV-1636 (PGG) (KHP)

          -against-                                  **ORDER**

DANIEL J. HAHN, FRANCISCO JANITZIO
MORALES, MARTIN PINA, PRIDE OLEO
MEXICANA, S.A. DE C.V., and PRIDE OIL
AMERICANA LLC,

                            Defendants.
------------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

       This action was scheduled for an Initial Case Management Conference on Wednesday, August 11, 2021. The Plaintiffs have proposed a default judgement and the Honorable Paul G. Gardephe has ordered the Defendants to show cause before a default judgment is entered against them on August 20, 2021. Therefore, the initial case management conference is adjourned *sin die*.

       SO ORDERED.

DATED:      New York, New York
                  August 2, 2021

                                                        *Katharine H. Parker*
                                                _____
                                                KATHARINE H. PARKER
                                                United States Magistrate Judge