```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/16/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

CAPSTONE CAPITAL GROUP, LLC and
CAPSTONE CREDIT, LLC,

                                    Plaintiffs,                  21-CV-1636 (PGG) (KHP)

       -against-                                                **ORDER**

DANIEL J. HAHN, FRANCISCO JANITZIO
MORALES, MARTIN PINA, PRIDE OLEO
MEXICANA, S.A. DE C.V., and PRIDE OIL
AMERICANA LLC,

                                   Defendants.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

       Plaintiffs proposed a default judgement against Defendants Daniel J. Hahn and Pride Oil Americana LLC, and the Honorable Paul G. Gardephe has ordered them to show cause before a default judgment is entered against them on August 20, 2021.   The Order adjourning the Initial Case Management Conference was adjourned in error.   For the parties who have appeared in this action, an telephonic Initial Case Management Conference is scheduled for **Monday, August 23, 2021 at 12:30 p.m.**  Counsel for the parties are directed to call Judge Parker's AT&T conference line at the scheduled time.  Please dial (866) 434-5269; access code 4858267.

       SO ORDERED.

DATED:    New York, New York
               August 16, 2021

                                                      *[signature]*
                                                 _____
                                                 KATHARINE H. PARKER
                                                 United States Magistrate Judge