UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CAPSTONE CAPITAL GROUP, LLC, and
CAPSTONE CREDIT, LLC,

                    Plaintiffs,

           -against-

DANIEL J. HAHN, and PRIDE OIL
AMERICANA LLC,

                    Defendants.

**ORDER OF DEFAULT**

21 Civ. 1636 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        The Complaint was filed on February 24, 2021 (Dkt. No. 1), and was served on Defendants Daniel J. Hahn and Pride Oil Americana, LLC on March 12, 2021 (see Affidavits of Service (Dkt. Nos. 15, 16, 19));

        Defendants Hahn and Pride Oil Americana have not filed an answer, moved against the Complaint, or appeared in this action (see Certificates of Default (Dkt. Nos. 28, 29));

        This Court ordered Defendants Hahn and Pride Oil Americana to show cause on August 20, 2021 why a default judgment should not be entered against them (Dkt. No. 34);

        Plaintiffs served the Order to Show Cause on Defendants Hahn and Pride Oil Americana on July 14, 2021 (see July 14, 2021 Declaration of Service (Dkt. No. 35)); and

        Defendants Hahn and Pride Oil Americana filed no opposition to Plaintiffs' motion for a default judgment and did not appear at the August 20, 2021 hearing.

        Accordingly, an order of default is entered against Defendants Hahn and Pride Oil Americana, and this matter is referred to Magistrate Judge Katharine H. Parker for a report and recommendation regarding Plaintiffs' request for damages, and an award of costs and attorneys' fees.

The Clerk of Court is directed <u>not</u> to close this case.

Dated: New York, New York
       August 20, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge