**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X

CAPSTONE CAPITAL GROUP, LLC, and
CAPSTONE CREDIT, LLC,

                      Plaintiffs,                                    **21-CV-1636 (PGG) (KHP)**

        -against-                                                **ORDER**

PRIDE OLEO MEXICANA, S.A. DE C.V.,

                      Defendant.

------------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

      This case has been referred to me for general pretrial and a report and recommendation regarding Plaintiffs' request for damages. (Doc. No. 55.)  By **December 13, 2021**, Plaintiff is directed to serve and file an inquest memorandum, accompanied by supporting affidavits and exhibits setting forth proof of damages, including the costs of this action, Plaintiff's reasonable attorneys' fees, and proposed findings of fact and conclusions of law.  All proposed findings of fact must be supported by admissible evidence introduced through affidavit.  All proposed findings of law must be supported by reference to applicable law.  Claims for actual or statutory damages must be specified and supported with admissible evidence.  Claims for attorneys' fees and costs must be supported by detailed attorney time records and evidence of costs (such as receipts or evidence of paid invoices) introduced through an attorney declaration.

      By no later than **December 13, 2021**, Plaintiff shall serve a copy of its Motion for Default Judgment and all supporting papers, along with a copy of this Order, via a method intended to

ensure delivery to Defendant (including service at Defendant's principal place of business). Plaintiff shall file an affidavit of service of this with the Court by December 20, 2021.

Defendant shall have until **January 13, 2022** to object or otherwise respond to Plaintiff's Motion for a Default Judgment and application for damages. Defendant must file any objections or response with the Court and serve the response and/or objections on Plaintiff's counsel.

A hearing will take place on **Tuesday, February 15, 2022 at 10:00 a.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York.  Counsel for the parties shall be prepared to answer questions and provide testimony, as appropriate, on the damages application.

**SO ORDERED.**

DATED:	New York, New York
November 12, 2021

_____
KATHARINE H. PARKER
United States Magistrate Judge