```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/08/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
CAPSTONE CAPITAL GROUP, LLC, and
CAPSTONE CREDIT, LLC,

                           Plaintiffs,                        21-CV-1636 (PGG) (KHP)

            -against-                       **ORDER CONVERTING INQUEST**
                                                                                  **HEARING TO TELEPHONIC**

PRIDE OLEO MEXICANA, S.A. DE C.V.,

                           Defendant.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

        The Inquest Hearing in this matter scheduled for **Tuesday, February 15, 2022, at 10:00 a.m.** is hereby converted to a telephonic conference.  Counsel for the parties are directed to call Judge Parker's AT&T conference line at the scheduled time.  **Please dial (866) 434-5269; access code 4858267.**

        SO ORDERED.

DATED:      New York, New York
                  February 8, 2022

                                                                    _____
                                                                    KATHARINE H. PARKER
                                                                    United States Magistrate Judge