UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

CAPSTONE CAPITAL GROUP, LLC, and
CAPSTONE CREDIT, LLC,

                          Plaintiffs,                           21-CV-1636 (PGG) (KHP)

           -against-                                 **ORDER**

PRIDE OLEO MEXICANA, S.A. DE C.V.,

                          Defendant.

-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

        On February 15, 2022, this Court held an inquest hearing. By February 28, 2022, Plaintiffs must submit a supplemental brief on whether the Court may issue a default judgment and/or award of damages at this time against the Defaulting Defendants when Plaintiffs are still pursuing claims against the non-defaulting Individual Defendants under *Frow v. De La Vega*, 82 U.S. (1872) and its progeny and subsequent interpretation in *Friedman v. Lawrence*, 1991 WL 206308, at *2-3 (S.D.N.Y. Oct. 2, 1991), and Federal Rule of Civil Procedure 55.

        Alternatively, if Plaintiffs elect to withdraw their claims against the remaining individual Defendants, they shall so notify the Court and submit appropriate paperwork to accomplish the same under Federal Rule of Civil Procedure 41.

        **SO ORDERED.**

DATED:    New York, New York
               February 15, 2022

_____
KATHARINE H. PARKER
United States Magistrate Judge