590 Madison Avenue Floor 20, New York , NY 10022 T: 212-892-4263



**S. Starling Marshall**
(212) 895-4263
SMarshall@crowell.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  2/28/2022

February 28, 2022

<u>**VIA ECF**</u>

The Court grants Plaintiff's request for an extension of time until March 14, 2022. Additionally, the Court orders the new attorney for Defendants Martin Pina or Francisco Morales to file a notice of appearance in this case by Friday, March 11, 2022.

Chambers of Hon. Katharine H. Parker
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

**APPLICATION GRANTED**

*Katharine H. Parker*

**Hon. Katharine H. Parker, U.S.M.J.**
2/28/2022

Re:     **1:21-cv-01636-PGG-KHP Capstone Capital Group, LLC et al v. Hahn** *et al*

Dear Magistrate Judge Parker:

Following the hearing in the above-referenced matter on February 15, 2022, the Court ordered plaintiffs to submit either a supplementary brief regarding the propriety of issuing a default judgment against some and not all of the defendants, or to dismiss defendants Martin Pina and Francisco Morales from the action by February 28, 2022.

In an attempt to comply with the Court's order, plaintiffs immediately reached out to Messrs. Pina and Morales in an effort to discuss dismissing them from the action. As the Court is aware, no attorney has appeared on behalf of Messrs. Pina and Morales since their last attorney withdrew.  Despite this, Messrs. Pina and Morales directed plaintiffs to a new attorney who they claim is representing them in this matter now, but who would not be available to discuss dismissal until March 7th despite plaintiffs' explanation of the Court-ordered deadlines. Defendants have made an appointment to speak with this attorney on that date, and hope to have the matter resolved as to Messrs. Pina and Morales shortly thereafter. Plaintiffs apologize to the Court for this delay, but no longer feel it is appropriate to correspond with Messrs. Pina and Morales directly as they state that they are now represented by counsel.

In light of the foregoing, plaintiffs respectfully request: (1) a two-week extension of the deadline for filing either a supplementary brief or dismissal of defendants Martin Pina and Francisco Morales from the action, from February 28, 2022 to March 14, 2022; and (2) an order directing defendants Martin Pina's and Francisco Morales' new attorney to file an appearance by a date certain.

Respectfully submitted,

*/s/ S. Starling Marshall*
S. Starling Marshall
Counsel for Plaintiffs

**Crowell & Moring LLP** ■ www.crowell.com
Brussels ■ Doha ■ London ■ Los Angeles ■ New York ■ Orange County ■ San Francisco ■ Shanghai ■ Washington, DC

DCACTIVE-63093734.1