UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- x

CAPSTONE CAPITAL GROUP, LLC
and
CAPSTONE CREDIT, LLC,

                              Plaintiffs,

        -- against --

DANIEL J. HAHN,
FRANCISCO JANITZIO MORALES,
MARTIN PINA,
PRIDE OLEO MEXICANA, S.A. DE C.V.,
PRIDE OIL AMERICANA LLC,

                              Defendants.

-------------------------------------------------------------- x

Case No. 1:21-cv-01636-PGG

 

Plaintiffs Capstone Capital Group LLC and Capstone Credit LLC hereby stipulate under Federal Rule of Civil Procedure Rule 41(a)(1)(ii) that this action be dismissed with prejudice as to defendants Franscisco Janitzio Morales and Martin Pina only, with each party bearing that party's own costs and fees.[1]

Dated: New York, New York
March 14, 2022

CROWELL & MORING LLP

By: *s/ S. Starling Marshall*
S. Starling Marshall
590 Madison Avenue
New York, New York 10022
smarshall@crowell.com
(212) 223-4000

*Attorney for Plaintiffs Capstone Capital Group, LLC and Capstone Credit, LLC*

---

[1] As the parties agreed to stipulate to dismissal thereby ending the action against Messrs. Pina and Morales, no attorney has appeared on behalf of Messrs. Pina and Morales.

NYACTIVE-21419010.2

By: _____  MARCH 14/22
Franscisco Janitzio Morales
*Pro se individual defendant*

And

By: _____
Martin Pina,
*Pro se individual defendant*

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge

Dated: March 18, 2022