UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

CAPSTONE CAPITAL GROUP, LLC and
CAPSTONE CREDIT, LLC,

                                    Plaintiffs,                  21-CV-1636 (PGG) (KHP)

            -against-                                 **ORDER**

DANIEL J. HAHN, FRANCISCO JANITZIO
MORALES, MARTIN PINA, PRIDE OLEO
MEXICANA, S.A. DE C.V., and PRIDE OIL
AMERICANA LLC,

                                    Defendants.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

On March 15, 2022, this Court issued a Report and Recommendation on damages. (ECF No. 73.) Plaintiffs have failed to file proof of service of the Report and Recommendation on the defaulted Defendants. Accordingly, Plaintiffs shall file proof of service on the Defendants by **October 18, 2024**.

        SO ORDERED.

DATED:       New York, New York
                  October 10, 2024

                                                        *Katharine H. Parker*
                                                  _____
                                                  KATHARINE H. PARKER
                                                  United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/10/2024